1    Roland Nikles
     rnikles@rjo.com
2    Lauren Beth Kramer
     lkramer@rjo.com
3    ROGERS JOSEPH O'DONNELL
     311 California Street, 10th Floor
4    San Francisco, CA 94104
     Telephone: (415) 956-2828
5    Facsimile: (415) 956-6457

6    Thomas L. Rosenberg
     trosenberg@ralaw.com
7    Michael R. Traven
     mtraven@ralaw.com
8    ROETZEL & ANDRESS
     PNC Plaza Twelfth Floor
9    155 East Broad Street
     Columbus, OH 43215
10   Telephone: (614) 463-9770
     Facsimile: (614) 463-9792
11
     Attorneys for Plaintiffs
12   DRESSER-RAND, COMPANY and
     D-R HOLDINGS (FRANCE), S.A.S.
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16
     DRESSER-RAND COMPANY and D-R      )    Case No. 3:13-cv-00371-JCS
17   HOLDINGS (FRANCE), S.A.S.,        )
                                       )    **STIPULATION TO EXTEND TIME TO**
18            Plaintiffs,              )    **FILE INITIAL PLEADING PURSUANT**
                                       )    **TO LOCAL RULE 6-1.**
19        v.                           )
                                       )
20   RED/LINE INTERNATIONALE           )
     SPEDITION, GMBH; HAPAG LLOYD      )
21   AG; SSA MARINE, INC.; and STARR   )
     INDEMNITY & LIABILITY COMPANY,    )
22                                     )
              Defendants.              )
23   _____)

24        The undersigned, counsel for plaintiffs DRESSER-RAND COMPANY and D-R

25   HOLDINGS (FRANCE), S.A.S. and defendant STARR INDEMNITY & LIABILITY

26   COMPANY ("STARR")  hereby submit this Joint Stipulation pursuant to Local Rule 6-1 to

27   extend the time in which the STARR may file a responsive pleading herein.

28

1    The undersigned counsel agree that an extension of time for STARR to file a responsive

2  pleading is warranted. Such an extension will not affect any date or deadline scheduled by the

3  Court, including the May 3, 2013 Case Management Conference. Accordingly, the undersigned

4  hereby STIPULATE to a 21 day extension of time such that the STARR may have up to and

5  including March 13, 2013, to file a responsive pleading herein without risk of default by plaintiff.

6   There have been no prior time modifications as to STARR in this matter.

7

8

9   Dated: February 22, 2013                    Respectfully submitted,

10                                               ROGERS JOSEPH O'DONNELL

11

12   _Lauren B. Kramer_

13   J Roland Nikles , Esq.
     Lauren Beth Kramer
     Attorneys for Plaintiffs

14   DRESSER-RAND, COMPANY and
     D-R HOLDINGS (FRANCE), S.A.S.

15

16   Dated: February 21, 2013                   Respectfully submitted,

17                                               GIBSON ROBB & LINDH LLP

18

19   _Joshua A. Southwick_

20   Attorneys for Defendant
     STARR INDEMNITY & LIABILITY COMPANY

21

22

23   Dated: 2/25/13

24                    IT IS SO ORDERED

25                    Judge Joseph C. Spero

26

27

28

---