ROGERS JOSEPH O'DONNELL
Roland Nikles (State Bar No. 131025)
rnikles@rjo.com
Lauren B. Kramer (State Bar No. 259821)
lkramer@rjo.com
311 California Street, 10th Floor
San Francisco, California 94104
Telephone:  415.956.2828
Facsimile:  415.956.6457

Of Counsel:
ROETZEL & ANDRESS
Thomas L. Rosenberg
trosenberg@ralaw.com
Michael R. Traven
mtraven@ralaw.com
PNC Plaza Twelfth Floor 155 East Broad Street
Columbus, OH  43215
Telephone:  614.463.9770
Facsimile:  614.463.9792

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DRESSER-RAND COMPANY and D-R HOLDINGS (FRANCE), S.A.S., <br><br>Plaintiffs, <br><br>vs. <br><br>RED\LINE INTERNATIONALE SPEDITION, GMBH; HAPAG LLOYD AG; SSA MARINE, INC.; and STARR INDEMNITY & LIABILITY COMPANY, <br><br>Defendants. | Case No. C 13-0371-JCS <br><br>**STIPULATION TO EXTEND TIME TO FILE INITIAL PLEADING PURSUANT TO LOCAL RULE 6-1** |
|---|---|

The undersigned, counsel for plaintiffs DRESSER-RAND COMPANY and D-R HOLDINGS (FRANCE), S.A.S. and defendant STARR INDEMNITY & LIABILITY COMPANY ("STARR") hereby submit this Joint Stipulation pursuant to Local Rule 6-1 to further extend the time in which the STARR may file a responsive pleading herein.

//

//

1  The undersigned counsel agree that a further extension of time for STARR to
2  file a responsive pleading is warranted.  Such an extension will not affect any date or deadline
3  scheduled by the Court, including the May 3, 2013 Case Management Conference.
4  Accordingly, the undersigned hereby STIPULATE to an extension of time such that the
5  STARR may have up to and including April 15, 2013, to file a responsive pleading herein
6  without risk of default by plaintiff.   This is a further extension of the prior time modification
7  as to STARR filed on February 22, 2013 and ordered on February 25, 2013.

Dated:  March 21, 2013         ROGERS JOSEPH O'DONNELL

By:    */s/ Roland Nikles*
        ROLAND NIKLES

Attorneys for Plaintiffs Dresser-Rand Company
and D-R Holdings (France), S.A.S.

Dated:  March 21, 2013         GIBSON ROBB & LINDH LLP

By:    */s/ Joshua Southwick*
        JOSHUA SOUTHWICK

Attorneys for Defendant Starr Indemnity &
Liability Company

Dated: March 25, 2013

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

Page 2

STIPULATION TO EXTEND TIME TO FILE INITIAL PLEADING PURSUANT TO LOCAL RULE 6-1
Case No. C 13-0271-JCS

330136.1