JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
Keesal, Young & Logan
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone: (415) 398-6000
Facsimile: (415) 981-0136

Attorneys for Defendant
HAPAG LLOYD AG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRESSER-RAND, COMPANY and D-R HOLDINGS (FRANCE), S.A.S., <br><br> Plaintiffs, <br><br> vs. <br><br> RED\LINE INTERNATIONALE SPEDITION, GMBH; HAPAG LLOYD AG; SSA MARINE, INC.; and STARR INDEMNITY & LIABILITY COMPANY, <br><br> Defendants. | Case No. C 13-0371-JCS <br><br> **STIPULATION REGARDING JURISDICTION** |

The Parties hereto, by and through their counsel of record, hereby stipulate as follows:

1. Dresser-Rand, GmbH ("Dresser-Rand") has initiated legal proceedings in Germany against unserved Defendant Red\Line Internationale Spedition, GmbH ("Red\Line"), for the recovery of those damages alleged in Plaintiffs' Complaint in the above-entitled action.

2. Red\Line in turn has initiated indemnity proceedings in the Courts of Hamburg, Germany against Hapag-Lloyd AG ("Hapag-Lloyd") for any losses it sustains as a result of the legal action brought by Dresser-Rand, GmbH against Red\Line Internationale Spedition, GmbH in the German Courts.

- 1 -

KYL_SF611860

3. Dresser-Rand and Red\Line have agreed to resolve Dresser-Rand's claim against Red\Line as set forth in the German proceedings, and Red\Line has agreed to dismiss its legal action in the Hamburg, Germany Courts against Hapag Lloyd, so long as Hapag-Lloyd agrees to submit to the jurisdiction of this Court for the purpose of resolving those claims alleged in Plaintiffs' Complaint herein, the alleged claims of Red\Line having been assigned to Dresser-Rand by agreement between those parties.

4. In exchange for the full and complete dismissal of the proceedings in Germany against Hapag-Lloyd relating to the damaged cargo identified in Plaintiffs' Complaint herein, and in exchange for the agreement of Dresser-Rand and Red\Line that claims against Hapag-Lloyd and all other Hapag-Lloyd companies arising from such damage will only be brought against Hapag-Lloyd in this Court, Hapag-Lloyd agrees to submit to the jurisdiction of this Court for purpose of defending against those claims. Further, Hapag-Lloyd agrees that it will not assert any defenses, in this action, based on jurisdiction and venue as may be allowed by its Bill of Lading or Red\Line's Bill of Lading or otherwise.

5. The Parties hereto agree that by Hapag-Lloyd submitting to jurisdiction and venue in this Court for those claims alleged in Plaintiffs' complaint herein and for those claims assigned to Dresser-Rand from Red\Line, Hapag-Lloyd waives no other defenses and that it reserves all other rights and defenses including, but not limited to, the right to assert limitations of liability as allowed by relevant Bills of Lading, and applicable law, and all other available defenses.

6. All other parties hereto reserve all of their rights and defenses.

IT IS SO STIPULATED.

DATED: October ___, 2013         /s/ Roland Nikles
                                 ROLAND NIKLES
                                 ROGERS JOSEPH O'DONNELL
                                 Attorneys for Plaintiffs

DATED: October ___, 2013       /s/ Thomas L. Rosenberg
                               THOMAS L. ROSENBERG
                               ROETZEL & ANDRESS
                               Attorneys for Plaintiffs


DATED: October ___, 2013       /s/ Conte C. Cicala
                               CONTE C. CICALA
                               FLYNN, DELICH & WISE LLP
                               Attorneys for Defendant SSA Terminals
                               (Oakland) LLC


DATED: October 22, 2013        /s/ John D. Giffin
                               JOHN D. GIFFIN
                               KEESAL, YOUNG & LOGAN
                               Attorneys for Defendant
                               HAPAG LLOYD AG

Filer's Attestation: Pursuant to Civil Local Rule 5-1 (i)(3) regarding signatures, John D. Giffin hereby attests that concurrence in the filing of this document has been obtained.

Dated: 10/23/13

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA