Conte C. Cicala (CASB 173554)
contec@fdw-law.com
FLYNN, DELICH & WISE LLP
343 Sansome Street, Suite 540
San Francisco, CA  94104
Telephone:    (415) 693-5566
Telecopier:    (415) 693-0410

Attorneys for Defendant
SSA TERMINALS (OAKLAND), LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRESSER-RAND COMPANY and D-R HOLDINGS (FRANCE), S.A.S.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>RED/LINE INTERNATIONALE SPEDITION, GMBH; HAPAG-LLOYD AG; SSA TERMINALS (OAKLAND), LLC.; and STARR INDEMNITY & LIABILITY COMPANY,<br><br>　　　　Defendants. | Case No.: C-13-0371 JCS<br><br>**NOTICE OF SETTLEMENT; REQUEST TO VACATE MSJ HEARING** |

**NOTICE OF SETTLEMENT AND REQUEST TO VACATE HEARING**

　　The remaining parties to this action hereby notify the Court that they have reached a settlement that will on conclusion result in dismissal of the entire action, and for that reason respectfully request that the pending summary judgment hearing and case management conference, presently scheduled for January 17, 2014, be vacated.

Dated:  January 14, 2014　　　　　　　　　　　　　　FLYNN DELICH & WISE LLP


　　　　　　　　　　　　　　　　　　　　　　　　　By:　　　　/s/　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Conte C. Cicala
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant SSA Terminals
　　　　　　　　　　　　　　　　　　　　　　　　　(Oakland), LLC

1

Dated: January 14, 2014               ROGERS JOSEPH O'DONNELL

                                      By:         /s/
                                          Lauren Kramer
                                      Attorneys for Plaintiffs


Dated: January 14, 2014               Of Counsel
                                      ROETZEL & ANDRESS


                                      By:         /s/
                                          Thomas L. Rosenberg
                                      Attorneys for Plaintiffs


Dated: January 14, 2014               KEESAL, YOUNG & LOGAN


                                      By:         /s/
                                          John D. Giffin
                                      Attorneys for Defendant
                                      HAPAG-LLOYD AG

ORDER

The further case management conference is continued to 3/7/14 at 1:30 PM.

IT IS SO ORDERED.

Dated:  1/15/14

_____
UNITED STATES MAGISTRATE JUDGE
Judge Joseph C. Spero

2

Notice of Settlement; Request to Vacate MSJ Hearing
Case No.: C-13-0371-JCS

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
343 SANSOME STREET, SUITE 540
SAN FRANCISCO, CALIFORNIA 94104
(415) 693-5566